In the Matter of Proving the Last Will and Testament of MARTIN GROSSMAN, Deceased. JULIUS PERLMAN, Respondent; GIZELLA ROSENBAUM and Others, Appellants.— Order reversed, with ten dollars costs and disbursements to the appellants, and the motion denied. (See *Matter of Woerz*, 174 App. Div. 430.) The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

BESSIE E. ARNOLD, Appellant, v. RAY H. ARNOLD, Respondent. CHARLES HANN, JR., Corespondent, Appellant.— Order, so far as appealed from, affirmed. The bill of particulars to be served within ten days from service of order. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MADISON MILLS, INC., Respondent, v. WILKIE REALTIES, INC., and Others, Defendants, Impleaded with RUSSELL FICKE, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ALBERIE PRUVOT, Appellant, v. MARCEL PRUVOT, Respondent.— Order affirmed. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

SOL H. BLISS, as a Director and Stockholder, for Himself and Stockholders. Similarly Situated, of the Defendant Corporation and Others, Appellants, v. SAMUEL LIEBERMAN and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

HYMAN L. GOLDMAN, Appellant, v. ANNA GOLDMAN, Respondent, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

HARRY R. TRAINER and Others, Respondents, v. HIRAM E. MANVILLE and Others, Appellants, Impleaded, etc.— Order, so far as appealed from, affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Application of GEORGE H. EARLE, III, Appellant, against THE AMERICAN KENNEL CLUB, INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

LAURENT VAN DER STEGEN, Doing Business, etc., Appellant, v. NEUSS, HESSLEIN & COMPANY, INC., Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted so far as to add the curators of the estate of plaintiff as a bankrupt, appointed by the Belgian Consular Court at Shanghai, China, on condition that the said curators be added as coplaintiffs, and that this be without prejudice to all proceedings heretofore had in the action. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

EDNA LEAVENWORTH, Appellant, v. DAVID LEAVENWORTH, Respondent.— Order, so far as appealed from, affirmed. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

WILLIAM B. A. JURGENS, Appellant, v. CAROL JOSEPHINE JURGENS, Respondent. — Order modified by reducing the amount of alimony for the support of defendant and the maintenance and the education of the child of the marriage to the sum of forty-five dollars per week, and as so modified affirmed. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.